7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* James Lamont Cook –ABOVE MED– <br> **Debtor** | *Bankruptcy Case No.* <br> 13–40357–can13 |
| **Mainstreet Credit Union** <br>     Plaintiff(s) | *Adversary Case No.* <br> 13–04085–can |
| v. | |
| **James Lamont Cook** <br>     Defendant(s) | |

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: the debt due and owing to Plaintiff by Defendant, James Lamont Cook, in the amount of $6908.38 is declared non−dischargeable. Execution is stayed as set forth in the Stipulation for Order and Judgment of Nondischargeability. No Interest shall accrue on the sum, unless Defendant fails to make a payment and in that event the interest shall accrue at the contract rate of 9.2% per annum. In the event Defendant fails to make the payments, Plaintiff may execute on the Judgment including interest and attorney fees.

                                                            Ann Thompson
                                                            Court Executive

                                                            By: /s/ Kristina D. Richardson
                                                                    Deputy Clerk



Date of issuance: 6/24/13

Court to serve